# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WENDY WILLARD,

        Plaintiff,

        v.

THE PENNSYLVANIA SOCIETY FOR
THE PREVENTION OF CRUELTY TO
ANIMALS, GEORGE BENGAL, AND
TARA LOLLER,

        Defendants.

CIVIL ACTION
NO. 11-04543

**ORDER**

**AND NOW**, this 23rd day of April, 2012, upon careful consideration of defendants'

motion to dismiss (document no. 5), and plaintiff's opposition thereto, **IT IS HEREBY**

**ORDERED** that the motion is **GRANTED** and plaintiff's complaint is **DISMISSED** with

prejudice.

                              s/William H. Yohn Jr.
                              William H. Yohn Jr., Judge