# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| WENDY WILLARD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 11-04543 |
| | : | |
| THE PENNSYLVANIA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, GEORGE BENGAL, AND TARA LOLLER, | : : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd day of April, 2012, upon careful consideration of defendants' motion to dismiss (document no. 5), and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and plaintiff's complaint is **DISMISSED** with prejudice.

                                                                                           s/William H. Yohn Jr.
                                                                                            William H. Yohn Jr., Judge